AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>DNA samples, taken via buccal swabbing the inside of the mouths of the following: LOPEZ MUNONGO MAKENGO and TABIS NZENGU NTUMBA | Case No. 2:23-mj-690 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Southern    District of    Ohio   
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

*The property to be searched and disclosed is located outside of this district. This warrant is authorized pursuant to 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    12/25/2023    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    OHSD Clerk's Office   .
                                                                                                                     *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for       days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of                .

Date and time issued:    12/11/2023 5:49pm        *Chelsey M. Vascura*
                                                                                          *Judge's signature*
                                                 United States Magistrate Judge

City and state:    Columbus, Ohio        Chelsey Vascura, U.S. Magistrate Judge
                                                                                             *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** ||| 
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

### Persons to Be Searched

**Person 1:**

LOPEZ MUNONGO MAKENGO ("LOPEZ MAKENGO"), an African-American male, born June 16, 1990 in the DRC.  LOPEZ MAKENGO currently resides at 2849 Drew Heights Place, Apartment 203, Reynoldsburg, Ohio, 43068.  A photograph of LOPEZ MAKENGO is shown below.



Page 1 of 2

**Person 2:**

TABIS NZENGU NTUMBA ("TABIS NTUMBA"), an African-American female, born July 5, 1995 in the DRC. LOPEZ MAKENGO currently resides at 2849 Drew Heights Place, Apartment 203, Reynoldsburg, Ohio, 43068. A photograph of TABIS NTUMBA is shown below.



Page 2 of 2

SBU -LAW ENFORCEMENT

## ATTACHMENT B

**Particular Things to be Seized**

DNA samples from the mouths of LOPEZ MAKENGO and TABIS NTUMBA (as described in Attachment A), taken via buccal swabbing the inside of LOPEZ MAKENGO'S mouth (inner cheek) and TABIS NTUMBA'S mouth (inner cheek).